■ PEOPLE, Respondent, v RONALD BODFORD, Appellant. [643 NYS2d 444] —Application for a writ of error coram nobis granted. Memorandum: Defendant contends that he was denied effective assistance of appellate counsel because counsel failed to raise an issue on direct appeal that would have resulted in reversal, specifically, whether the trial court's reasonable doubt charge was improper. Upon our review of the trial court's charge, we conclude that the issue may have merit. Therefore, the order of February 2, 1996 is vacated and this Court will consider the appeal de novo (*see, People v Vasquez,* 70 NY2d 1, *rearg denied* 70 NY2d 748; *People v LeFrois,* 151 AD2d 1046). Defendant is directed to file and serve his brief with this Court on or before August 26, 1996; if so filed and served, respondent is directed to file its brief on or before September 25, 1996, and the appeal is to be added to the calendar for the term of Court commencing October 15, 1996. Present—Green, J. P., Lawton, Fallon, Callahan and Doerr, JJ.

■ In the Matter of JAMES P. COTTER, an Attorney, Resignor. [643 NYS2d 438] —Resignation accepted and name stricken from roll of attorneys. Present—Pine, J. P., Lawton, Wesley, Balio and Davis, JJ.

■ PEOPLE, Respondent, v ARTHUR BEATY, Defendant. [643 NYS2d 438] —Motion to extend time to take an appeal granted upon condition that notice of appeal is filed and served on or before July 1, 1996. Memorandum: An appeal in a criminal action is taken by filing a notice of appeal with the county clerk in the county in which the sentence was imposed (*see,* CPL 460.10 [1] [a]). In order for defendant to take an appeal, he must file a notice of appeal in the proper location. Present—Green, J. P., Lawton, Fallon, Callahan and Davis, JJ.